MORRIS NEWELL ET AL., PARTNERS, ETC., RESPONDENTS, v. MAX KLIPPER ET AL., APPELLANTS.

Submitted October 12, 1928—Decided April 11, 1929.

Before GUMMERE, CHIEF JUSTICE, and Justice PARKER.

For the appellants, *Julius J. Seiden.*

For the respondents, *Isaac Gross.*

PER CURIAM.

This is similar in all respects except the names of the plaintiffs, to the case of Schultz & Son *v.* Klipper, No. 63 of the present term. For the reasons given in the *per curiam* in that case, the judgment brought up in this case will be affirmed.